137654

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-656-MJD/SRN **Case Title:** Pat Kittler vs. Chris Kittler

**Affidavit of Movant**

I, John D. Thompson an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert D. Stewart, an attorney admitted to practice in the Western District of Washington, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Pat Kittler in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature | 178676 MN Attorney License # | 5/8/01 Date

**Affidavit of Proposed Admittee**

I, Robert D. Stewart, am currently a member in good standing of the U.S. District Court for the Western District of Washington, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Robert D. Stewart
Type/Print Name

[signature] Signature | 4/27/01 Date

Attorney License Number: 8998

Law Firm Name & Address: McNaul Ebel Nawrot Helgren & Vance PLLC
600 University Street, #2700
Seattle, WA 98101-3143

Telephone: (206) 467-1816

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

MAY 09 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 09 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK