UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

vs.

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS, a resident of the State of Montana,

Defendants.

Case No. 01-656 (MJD/SRN)

~~PROPOSED~~ **ORDER**

---

This matter having came before the Court on Defendant Christopher Kittler, Ronald Reavis and Frontline Processing Corporation's Motion for Leave for Issuance of a Preservation Order, the Court having received the Memorandum in Support of the Motion and the Affidavit of Robert C. Moilanen and attached materials and the parties having been given an opportunity to contact the Court:

IT IS HEREBY ORDERED:

1. All documents maintained, generated or received by Patrick Kittler or Flagship Living Trust which identify or refer to Christopher Kittler, Ronald Reavis, Frontline Processing Corporation or LMA Underwriting Agency, Inc. or which pertain to the assertions in this litigation shall be preserved. For purposes of this Order, the term "document" shall include originals and copics of any communications, memoranda,

FILED OCT 0 [illegible] 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

drawings, papers, films, videotape, retrievable data, digital data, minutes, logs, compilations, lists, ledgers, journals, checks, incorporation materials, letters, contracts, books or ledgers whether those documents are maintained in hard copy or stored electronically. Specifically, Patrick S. Kittler and Flagship Living Trust shall not destroy, spoliate, alter, modify or transfer in any fashion any documents or electronically stored information pertaining to this matter whether existing in hard copy or contained in any computer program, hard drive, recording instrument or disk which identify, refer to or mention Christopher Kittler, Ronald Reavis or LMA Underwriting Agency, Inc. nor shall Patrick S. Kittler or Flagship Living Trust permit the destruction, spoliation, alteration or modification of such material until and unless this Order is amended or altered.

Dated: October 4, 2001

Susan Richard Nelson
Magistrate Judge of the United States District Court