UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana; and RONALD REAVIS, a resident of the State of Montana.

Defendants.

Civil File No. 01-656 (MJD/SRN)

Court File No. 00-CV-1904

**~~PROPOSED~~ ORDER**

Upon request of the Plaintiffs in this matter and in conjunction with the Court's Order dated October 4, 2001, regarding preservation of evidence:

IT IS HEREBY ORDERED:

1. All documents maintained, generated or received by any named party to this action which identify or refer to Patrick Kittler, Flagship Living Trust, Christopher Kittler, Ronald Reavis, Frontline Processing Corporation or LMA Underwriting Agency, Inc. or which pertain to the assertions in this litigation shall be preserved. For purpose of this Order, the term "document" shall include originals and copies of any communications, memoranda, drawings, papers, films, videotapes, retrievable data, digital data, minutes, logs, compilations, lists, ledgers, journals, checks, incorporation materials, letters, contracts, books or ledgers whether those documents are maintained

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

in hard copy or stored electronically. Specifically, the named parties to this action shall not destroy, spoliate, alter, modify or transfer in any fashion any documents or electronically stored information pertaining to this matter whether existing in hard copy or contained in any computer program, hard drive, recording instrument or disk which identify, refer to or mention Patrick Kittler, Flagship Living Trust, Christopher Kittler, Ronald Reavis or LMA Underwriting Agency, Inc. nor shall any named party to this action permit the destruction, spoliation, alternation or modification of such material until and unless this Order is amended or altered.

Dated: October 10, 2001

Susan Richard Nelson
Magistrate Judge of the United States District Court