**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FLAGSHIP LIVING TRUST, for the, benefit of PATRICK S. KITTLER, an individual,**

**Plaintiffs,**

**v.**

**LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana; and RONALD REAVIS, a resident of the State of Montana,**

**Defendants.**

**Civil No. 01-656 (MJD/SRN)**

**ORDER**

---

This matter, having been brought through a motion by Robert C. Moilanen to withdraw as counsel for Defendants Frontline Processing Corporation, Christopher Kittler and Ronald Reavis, **IT IS HEREBY ORDERED** based upon all files, records and proceedings herein that:

1. Robert C. Moilanen's motion to withdraw brought pursuant to Local Rule 83.7 as counsel for Defendants Frontline Processing Corporation, Christopher Kittler and Ronald Reavis is granted. Mr. Moilanen is further ordered to prepare to transfer his file immediately to new counsel to be selected by Frontline Processing Corporation, Christopher Kittler and Donald Davis. Furthermore, the February 8, 2002, hearing date at which time U.S. District Court Judge Davis will consider defendants' motion to dismiss will not be delayed due to the substitution of counsel.

FILED JAN 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 28, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge