**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FLAGSHIP LIVING TRUST, for the, benefit of PATRICK S. KITTLER, an individual,**

**Plaintiffs,**

**v.**

**LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana; and RONALD REAVIS, a resident of the State of Montana,**

**Defendants.**

**Civil No. 01-656 (MJD/SRN)**

**ORDER**

---

Pursuant to Local Rule 83.7 of the United States District Court, District of Minnesota, Lindquist & Vennum, P.L.L.P. has moved this Court for permission to withdraw as counsel for LMA Underwriting Agency, Inc.

The Court has considered the pleadings, affidavits, memorandum of law, and all the records included in the Court's file.

**IT IS HEREBY ORDERED** that Lindquist & Vennum, P.L.L.P. is hereby permitted to withdraw as counsel for LMA Underwriting Agency, Inc., and is further ordered to prepare to transfer immediately its file to new counsel to be selected by representatives of LMA Underwriting Agency, Inc. The February 8, 2002 hearing date at which time U.S. District Court Judge Davis will consider defendants' motion to dismiss will not be delayed due to the substitution of counsel.

FILED JAN 2 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: January 28, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge