UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiff,

v.

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS, a resident of the state of Montana,

Defendants.

Civil File No. 01-656 (MJD/SRN)

~~PROPOSED~~ ORDER

Pursuant to the request of Robert C. Moilanen to withdraw as counsel for Frontline Processing Corporation, Christopher Kittler and Ronald Reavis, the Court issued an Order on January 28, 2002, granting that request.

Pursuant to the request of Lindquist & Vennum, P.L.L.P. to withdraw as counsel for LMA Underwriting Agency, Inc., the Court issued an Order on January 28, 2002, granting that request.

Robret C. Moilanen and Lindquist & Vennum, P.L.L.P. now request the Court to stay its withdrawal Orders until February 9, 2002, after the summary judgment hearing previously scheduled for February 8, 2002, before The Honorable Michael Davis, United States District Judge occurs. These requests have the concurrence of counsel for the plaintiff and counsel for the other defendants.

The Court has considered this request, as well as the pleadings, affidavits, memorandum of law, and all of the records in the Court's file.

Doc# 1513606\1

FEB 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ITIS HEREBY ORDERED, that the Court's Order permitting Robert C. Moilanen to withdraw a counsel for Frontline Processing Corporation, Christopher Kittler and Ronald Reavis, be, and hereby is, stayed until February 9, 2002.

IT IS HEREBY ORDERED that the Court's Orders permitting Lindquist & Vennum, P.L.L.P. to withdraw as counsel for LMA Underwriting Agency, Inc., be, and hereby is, stayed until February 9, 2002.

Dated: February 1, 2002

BY THE COURT:

Susan Richard Nelson

Judge Susan R. Nelson,
Magistrate Judge
United States District Court
District of Minnesota