# UNITED STATES DISTRICT COURT

## District of Minnesota

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual

Plaintiff(s)

-vs-

Civil Action___01-656MJD

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that_Ronald Reavis________________defendant(s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against **RONALD REAVIS**

this 17 day of May, 2002.

RICHARD D. SLETTEN, CLERK

By: E Knoblauch
Deputy Clerk

41