**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FLAGSHIP LIVING TRUST, for the, benefit of PATRICK S. KITTLER, an individual,**

**Plaintiffs,**

v.

**LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana; and RONALD REAVIS, a resident of the State of Montana,**

**Defendants.**

**Civil No. 01-656 (MJD/SRN)**

**ORDER**

---

On January 31, 2003, the Court received Plaintiff's request for additional time to respond to his attorney's motion to withdraw from representing him. Plaintiff states that because he is left without counsel, he lacks the resources necessary to respond within the allotted time. As a result, Plaintiff requests that he be given until February 14, 2003, to file his response. This request is entirely reasonable. Therefore, Plaintiff is granted until February 14, 2003, to respond to his attorney's motion to withdraw.

Dated: January 31, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge

JAN 3 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK