UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., FRONTLINE PROCESSING CORPORATION, CHRISTOPHER KITTLER and RONALD REAVIS,

Defendants.

CIVIL NO. 01-656 (MJD/JSM)

ORDER

**BACKGROUND**

On January 7, 2003, the Court entered a Stipulation and Amended Pretrial Scheduling Order which set forth certain dates bearing on the completion of discovery, non-dispositive and dispositive motions, and setting the trial ready date.

On January 21, 2003, the law firm of Rider, Bennett, Egan & Arundel, co-counsel for plaintiffs, filed a motion for leave to withdraw as plaintiffs' counsel. The Notice of Motion and Motion was filed with the Clerk of Court and served upon defendants' counsel and upon *pro se* defendant Ronald Reavis. The supporting papers to this motion (Affidavit of John D. Thompson with exhibits) was submitted to the Court ex parte and was served on plaintiffs. The supporting papers were not served upon defendants' counsel or defendant Reavis and was not filed with the Clerk of Court.

On January 24, 2003, the law firm of McNaul, Ebel, Nawrot, Helgren & Vance, co-counsel for plaintiffs, filed a motion for leave to withdraw as attorneys for plaintiffs. The Notice of Motion and Motion was filed with the Clerk of Court and served upon defendants'



FILED FEB 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

counsel and defendant Reavis. The supporting submission (Memorandum In Support of Motion to Withdraw) was served upon plaintiffs and submitted to the Court ex parte. This supporting submission was not served upon defendants' counsel or defendant Reavis and was not filed with the Clerk of Court.

On January 27, 2003, counsel for defendants wrote to the Court and requested that defendants be provided with a copy of the ex parte submissions of plaintiffs' attorneys to the Court in support of their motions to withdraw.

On January 30, 2003, plaintiff Patrick Kittler on behalf of himself and the Flagship Living Trust filed a motion requesting an extension of time to respond to their attorneys' motions to withdraw and defendants' letter to the Court dated January 27, 2003. The Court granted his motion and gave him until February 14, 2003 to submit his response.

On January 30, 2003, J. Patrick Kittler submitted an Affidavit to Judge Michael Davis in support of plaintiffs' opposition to their attorneys' motions to withdraw. It is not known whether this letter was served upon the attorneys for plaintiffs, counsel for defendants, or defendant Reavis. It was not filed with the Clerk of Court.

On February 14, 2003, plaintiff submitted to Judge Michael Davis and Magistrate Judge Susan Nelson a Declaration of Patrick Kittler with attachments in response to plaintiffs' attorneys' motions to withdraw and defendants' counsel's letter of January 27, 2003. This submission was not served upon the attorneys for plaintiffs, counsel for defendants, or defendant Reavis. It was not filed with the Clerk of Court.

On February 19, 2003, Peter Gray, one of the attorneys from Rider, Bennett, Egan & Arundel, plaintiffs' local counsel, sent a letter to this Court stating that his firm had not received a copy of any response by plaintiffs to the motions to withdraw and reiterating the request of Rider, Bennett, Egan & Arundel to withdraw as plaintiffs' local counsel. This

letter was sent to plaintiffs, counsel for defendants, and co-counsel Robert Stewart. It was not sent to defendant Reavis. It was not filed with the Clerk of Court.

On February 24, 2003, plaintiff Kittler sent a letter with attachments to Judge Michael Davis and the undersigned responding to counsel Gray's letter of February 19, 2003. A copy of this letter was not sent to the attorneys for plaintiffs, counsel for defendants, or defendant Reavis. It was not filed with the Clerk of Court.

**IT IS HEREBY ORDERED**:

In order to address the motions of plaintiffs' attorneys for leave to withdraw as counsel, and defendants' request for a copy of the ex parte submissions by plaintiffs' attorneys to the Court in connection with their respective motions to withdraw, and in order to address the impact of these motions on the Amended Pretrial Scheduling Order, it is Ordered as follows.

1. The Amended Pretrial Scheduling Order issued on January 27, 2003 is stayed until further order of this Court. After this Court has ruled upon plaintiffs' attorneys' motions to withdraw and defendants' motion for receipt of copies of the ex parte submissions to this Court filed in connection with the motions to withdraw, a revised Scheduling Order will be issued.

2. Defendants shall submit to this Court in the form of a formal motion their request for a copy of the ex parte submissions in support of plaintiffs' attorneys' motions to withdraw. The hearing on this motion will take place before the undersigned on April 2, 2003 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. In addition,

(a) if defendants seek to obtain copies of any other ex parte submissions to this Court (by plaintiffs or plaintiffs' counsel), or if defendants seek to respond to, attend or participate in plaintiffs' attorneys' motions to withdraw, defendants shall address these requests in this same formal motion.

(b) defendants shall serve plaintiffs and plaintiffs' attorneys and file their papers in connection with this motion on or before March 17, 2003.

(c) plaintiffs and plaintiffs' counsel shall serve defendants (including defendant Reavis) and file their response to this motion on or before March 27, 2003.

(d) any reply memorandum by defendants shall be served on plaintiffs and plaintiffs' counsel and filed on or before March 31, 2003, so long as the cumulative total of the original memorandum of law and the reply memorandum of law does not exceed 35 pages in length.

3. Plaintiffs' attorneys' motions for leave to withdraw as counsel to plaintiffs will be heard before the undersigned on April 28, 2003 at 1:30 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Defendants shall not be permitted to attend this hearing until further order from this Court.

4. All submissions by plaintiffs' attorneys in connection with their motions and all responses by plaintiffs shall be served upon each other and directed to the undersigned at 610 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101. These submissions shall not be filed with the Clerk of Court or served upon defendants until further order of this Court.

5. Plaintiffs' attorneys shall serve upon plaintiffs and submit to this Court their respective submissions in connection with their motions to withdraw on or before March 31, 2003. In this regard, this Court notes that there have been no memoranda of law filed by either plaintiffs' counsel in support of their respective motions, and no supporting affidavit by the firm of McNaul, Ebel, Nawrot, Helgren & Vance. Therefore, if these firms choose to file such supporting papers or memoranda, this must be done on or before March 31, 2003.

6. On or before April 14, 2003, plaintiffs shall serve upon their attorneys and submit to this Court a response to any additional submission by plaintiffs' attorneys. In addition, on or before March 10, 2003, plaintiff Kittler shall serve upon plaintiffs' attorneys the Affidavit of J. Patrick Kittler dated January 30, 2003, the February 14, 2003 Declaration by plaintiff Kittler submitted to Judge Davis and Magistrate Judge Nelson, and the February 24, 2003 letter by plaintiff Kittler and attachments submitted to Judge Davis and the undersigned, with the following exception as it relates to the large volume of documents submitted with the February 14, 2003 Declaration: attached to the February 14, 2003 Declaration by plaintiff Kittler to Judge Davis and Magistrate Judge Nelson were a large volume of documents with accompanying handwritten notes. On or before March 10, 2003, plaintiff Kittler shall notify the undersigned and his attorneys in writing whether or not he would like to resubmit a more limited set of documents to this Court and his attorneys for consideration by the court and response by his attorneys. If plaintiff Kittler indicates that he does wish to resubmit a more limited set of documents, he will need to make arrangements with the Court to retrieve the documents attached to the February 14, 2003 submission and then resubmit to this Court and attorneys for plaintiffs on or before March 17, 2003, the more limited attachment. If plaintiff Kittler decides not to resubmit a

more limited set of documents the Court in connection with his February 14 submission, then he shall provide to counsel for plaintiffs on or before March 17, 2003, a duplicate copy of these documents with a copy of the handwritten notes attached to these documents.

7. Plaintiffs' attorneys shall be permitted to file a reply memorandum, so long as the cumulative total of the original memorandum of law and the reply memorandum of law does not exceed 35 pages in length. This reply shall be served on plaintiffs and submitted to the undersigned on or before April 18, 2003.

8. For the purpose of this Order, any deadline set for service upon an opposing party, submission to this Court, or filing with the Clerk of Court, shall mean that the party, Court or Clerk shall have received the submission by the deadline given.

Dated: February 27, 2003

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge