UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., FRONTLINE PROCESSING CORPORATION, CHRISTOPHER KITTLER and RONALD REAVIS,

Defendants.

CIVIL NO. 01-656 (MJD/JSM)

ORDER

## BACKGROUND

On January 21, 2003, the law firm of Rider, Bennett, Egan & Arundel, co-counsel for plaintiffs, filed a motion for leave to withdraw as plaintiffs' counsel. The supporting papers to this motion (Affidavit of John D. Thompson with exhibits) were submitted to the Court ex parte and were served on plaintiffs. On January 24, 2003, the law firm of McNaul, Ebel, Nawrot, Helgren & Vance, co-counsel for plaintiffs, filed a motion for leave to withdraw as attorneys for plaintiffs. The supporting submission (Memorandum In Support of Motion to Withdraw) was served upon plaintiffs and submitted to the Court ex parte. These supporting papers were not served upon defendants' counsel or defendant Reavis and were not filed with the Clerk of Court.

On January 27, 2003, counsel for defendants wrote to the Court and requested that defendants be provided with a copy of the ex parte submissions of plaintiffs' attorneys to the Court in support of their motions to withdraw. On February 27, 2003, this Court issued an order scheduling motions relating to defendants' request for access to the ex parte submissions and plaintiffs' counsels' motions to withdraw. Pursuant to that order,



FILED MAR 2 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

defendants were to serve plaintiffs and plaintiffs' counsel and file their papers in connection with their motion to gain access to the ex parte submissions made in connection with plaintiffs' counsels' motions to withdraw on or before March 17, 2003. The Court further instructed that any deadline set for service shall mean **receipt of** the submission by the deadline given.

Plaintiff Kittler contacted the Court on March 26, 2003, to inform the Court that he had received a copy of defendants' motion from his counsel on March 25, 2003, two days before his response memorandum is to be served. Plaintiff Kittler told the Court he had intended to file responsive papers to defendants' motion, separate from his counsel, and required additional time to do so in light of the delay in receiving defendants' motion.

The Court spoke with defendants' counsel, plaintiffs' counsel, and plaintiff Kittler separately and was informed that defendants' counsel had served their motion on plaintiffs' counsel and the Court on March 17, 2003, but did not serve plaintiff Kittler as directed by the Court's Order dated February 27, 2003. Defendants' counsel told the Court he believed it was improper to serve plaintiff Kittler directly because he is represented by counsel and, in addition, did not have plaintiff Kittler's mailing address. Plaintiff Kittler's counsel informed the Court that he had sent plaintiff Kittler a copy of defendants' motion via United States mail on March 17, 2003.

The Court was further informed by plaintiff Kittler's local counsel that he did not receive the revised exhibits to plaintiff Kittler's affidavit responding to his counsel's motion to withdraw until March 26, 2003, and that plaintiff Kittler's counsel did not receive them until March 25, 2003 (the date set in this Court's order for service was March 17, 2003). Plaintiff Kittler informed the Court that he sent the revised exhibits to his counsel on March 18, 2003, via UPS.

**IT IS HEREBY ORDERED:**

1. Plaintiff Kittler is granted additional time to file his own response to defendants' motion. Plaintiff Kittler shall file his response to defendants' motion and serve defendants (including defendant Reavis), Kittler's counsel, and the Court on or before **noon** April 1, 2003. Plaintiff Kittler shall direct his response to the undersigned at 610 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101.

2. Any reply memorandum by defendants to plaintiff Kittler's response shall be filed and served on plaintiff Kittler, plaintiffs' counsel, and the Court on or before **noon** April 4, 2003, so long as the cumulative total of defendants' original memorandum of law and the reply memoranda of law do not exceed 35 pages in length. Defendants shall direct any reply memorandum to plaintiff Kittler at 35766 Crest Meadows Drive, Wildomar, California 92595.

3. All other dates set forth in the February 27, 2003, Order remain unchanged. The hearing on defendants' motion will take place before the undersigned on April 2, 2003 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, as scheduled.

4. **For the purpose of this Order and the Court's Order dated February 27, 2003, any deadline set for service upon an opposing party (i.e., Kittler) or counsel for a party, submission to this Court, or filing with the Clerk of Court, shall mean that the party, attorney, Court, or Clerk shall have received, in hand, the submission by the deadline given.**

5. **For the purpose of this Order, service on plaintiff requires service on plaintiff's counsel *and* plaintiff Kittler directly. Service shall be directed to plaintiff Kittler at 35766 Crest Meadows Drive, Wildomar, California 92595. Plaintiff Kittler's**

**fax number is (909) 600-8190 (please call before hand to arrange fax transmission).**

Dated: March 27, 2003

JANIE S. MAYERON
United States Magistrate Judge