UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

CIVIL NO. 01-656 (MJD/JSM)

Plaintiffs,

v.

ORDER

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the state of Montana; and RONALD REAVIS, a resident of the state of Montana

Defendants.

The above matter came before the undersigned United States Magistrate Judge on defendants' Motion to Obtain Ex Parte Submissions and Attend Hearing of Withdrawal of Counsel. The Court, based upon all of the files, records, and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED that:**

1. Defendants' request to attend the hearing on plaintiffs' counsels' motion to withdraw is denied. Based on its review of the ex parte submissions related to plaintiffs' counsels' motions to withdraw received to date, the Court is satisfied that the hearing on the motion to withdraw will be permeated with attorney-client privileged communications. As such, it would be inappropriate and impractical for defendants'



APR 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

counsel to attend.

2. The balance of defendants' Motion to Obtain Ex Parte Submissions and Attend Hearing of Withdrawal of Counsel shall be decided following the hearing on plaintiffs' counsels' motion to withdraw, including defendants' request to review a transcript from the hearing on the motion.

3. Defendants' counsel shall immediately print one copy of the email inadvertently sent to defendants' counsel from plaintiff Patrick Kittler and intended for plaintiffs' counsel and send it on or before April 4, 3003, to the undersigned at 610 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101. Defendants' counsel shall then destroy all other copies of the email and render it inaccessible on their computer system. In addition, defendants' counsel shall neither forward or transmit the email to anyone nor discuss the email or its contents with anyone.

Dated: April 2, 2003

Janie S Mayeron

JANIE S. MAYERON
United States Magistrate Judge