UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., FRONTLINE PROCESSING CORPORATION, CHRISTOPHER KITTLER and RONALD REAVIS,

Defendants.

CIVIL NO. 01-656 (MJD/JSM)

SEALING ORDER

IT IS HEREBY ORDERED that the following documents are placed under seal as follows:

1. 4/28/03 Hearing Transcript--shall not be released to anyone without a written Order from this Court;

2. 6/9/03 Order [Filed Under Seal--Released Only to Plaintiffs and Plaintiffs' Counsel (in the above matter only)] (regarding Motions to Withdraw)--shall not be released to anyone except as designated without an Order from this Court.

Dated: June 9, 2003

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge

FILED JUN 0 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______