UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the state of Montana; and RONALD REAVIS, a resident of the state of Montana

Defendants.

CIVIL NO. 01-656 (MJD/JSM)

ORDER

The above matter came before the undersigned United States Magistrate Judge on the motions of plaintiffs' law firms McNaul, Ebel, Nawrot, Helgren & Vance ("McNaul Ebel") and Rider, Bennett, Egan & Arundel ("Rider Bennett") to withdraw as plaintiffs' counsel [Docket Nos. 57 and 58]. The motions to withdraw and responses were submitted in camera; defendants and their attorneys were excluded from the hearing by an earlier order of this Court, dated April 2, 2003. Robert Stewart, Esq. and Jay H. Zulauf, Esq. appeared on behalf of McNaul Ebel; Peter Gray, Esq. appeared on behalf of Rider Bennett; and plaintiff Patrick Kittler appeared by telephone on behalf of plaintiffs.

For the reasons set forth in a separate sealed Order and Memorandum, this Court now makes and enters the following Order:



JUN 09 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS ORDERED that:**

1. Rider Bennett's Motion to Withdraw [Docket No. 57] is DENIED.

2. McNaul Ebel's Motion to Withdraw [Docket No. 58] is DENIED.

Dated: June 9, 2003

JANIE S. MAYERON
United States Magistrate Judge