# United States District Court
# District of Minnesota

---

FLAGSHIP LIVING TRUST,

Plaintiff,

v.

**ORDER**
Civil. File No. 01-CV-656 (MJD/JSM)

LMA UNDERWRITING AGENCY, INC., et al.,

Defendant.

---

This matter is before the Court on the defendant's motion to exceed the thirty-five (35) page limit for Memorandums of Law prescribed in LR 7.1. The Court hereby permits the defendant to exceed the normal page limit by an additional ten (10) pages.

**IT IS HEREBY ORDERED**:

1. Defendant's Memorandum of Law in Support of the Motion for Summary Judgment may be up to forty-five (45) pages long.

Dec. 2, 03
Date

Michael J. Davis
Judge Michael J. Davis
United States District Court

FILED 12-02-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____