UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS, a resident of the State of Montana.

Defendants.

Civil File No. 01-656 (MJD/JSM)

**ORDER**

Upon the application of plaintiffs' counsel, and with good cause being shown,

**IT IS HEREBY ORDERED:**

1. That all dispositive motions in this case shall be served and filed by no later than **January 30, 2004**;

2. That all dispositive motions shall be served, filed and heard in accordance with revised Local Rule 7.1(b) effective January 1, 2004.

Dated: 12-22, 2003

Michael J,. Davis
United States District Judge

DEC 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1074985-1