UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-656 (MJD/JSM)

FLAGSHIP LIVING TRUST,

Plaintiff,

v.

**ORDER OF REFERRAL**

LMA UNDERWRITING AGENCY, INC., ET AL.,

Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Janie S. Mayeron is designated to conduct hearings on all non-dispositive and dispositive motions. In regard to dispositive motions, Magistrate Judge Mayeron is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Janie S. Mayeron.

Dated: 1-16-04

Michael J. Davis

Michael J. Davis, Judge
United States District Court

FILED JAN 16 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK