# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Flagship Living Trust,

Plaintiff,

v.

LMA Underwriting,

Defendant.

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-656 (MJD/JSM) |
| Date: | February 18, 2004 |
| Court Reporter: | Jeanne Anderson |
| Tape Number: | 39/909-40/208 |
| Time Commenced: | 3:05 PM |
| Time Concluded: | 5:28 PM |
| Time in Court: | 2 Hours & 19 Minutes |

## APPEARANCES:

Plaintiff: Peter Gray for Flagship Living Trust
John Thompson for Flagship Living Trust
Robert Stewart for Flagship Living Trust
Patrick Kittler for Flagship Living Trust

Defendant: N/A

Interpreter / Language: N/A

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: February 18, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Krista Barrie
Signature of Law Clerk