# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual

Plaintiff(s),

v.

LMA Underwriting Agency, Inc., a Minnesota corporation, Frontline Processing Corporation, a Nevada corporation, Christopher Kittler, a resident of the State of Montana, and Ronald Reavis, a resident of the State of Montana,

Defendant(s).

## COURT MINUTES

BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-656 (MJD/JSM) |
| Date: | March 17, 2004 |
| Court Reporter: | Jeanne Anderson |
| Tape Number: | 47/1 - 47/924 |
| Time Commenced: | 2:00 |
| Time Concluded: | 3:00 |
| Time in Court: | 1 Hour & 0 Minutes |

## APPEARANCES:

For Plaintiffs: Robert Stewart

For Defendants (except Ronald Reavis): Eric Braaten

Interpreter / Language: N/A

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

#106 Defendants' Motion for Summary Judgment and Sanctions

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: March 17, 2004

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ *Krista Barrie*
Signature of Law Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual

Plaintiff(s),

v.

LMA Underwriting Agency, Inc., a Minnesota corporation, Frontline Processing Corporation, a Nevada corporation, Christopher Kittler, a resident of the State of Montana, and Ronald Reavis, a resident of the State of Montana,

Defendant(s).

**COURT MINUTES**

BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-656 (MJD/JSM) |
| Date: | March 17, 2004 |
| Court Reporter: | Jeanne Anderson |
| Tape Number: | 47/1 - 47/924 |
| Time Commenced: | 2:00 |
| Time Concluded: | 3:00 |
| Time in Court: | 1 Hour & 0 Minutes |

APPEARANCES:

For Plaintiffs: Robert Stewart

For Defendants (except Ronald Reavis): Eric Braaten

Interpreter / Language: N/A

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

#106 Defendants' Motion for Summary Judgment and Sanctions

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: March 17, 2004

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ *Krista Barrie*
Signature of Law Clerk