UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS, a resident of the State of Montana,

Defendants.

Civil File No. No. 01-656 (MJD/SRN)

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

TO: Plaintiff Patrick S. Kittler, 35766 Crest Meadow Drive, Wildomar, CA 92595

Anthony Viscosi, as Trustee of Plaintiff Flagship Living Trust, 35766 Crest Meadow Drive, Wildomar, CA 92595

John D. Thompson, Rider Bennett, Egan & Arundel, LLP, 333 South Seventh Street, Ste. 2000, Minneapolis, MN 55402, Attorneys for Plaintiff

Eric J. Braaten, Esq., Nacklaus, Braaten & Hollenhorst, 500 Pine Street North, Ste. 200, Chasta, MN 55318, Attorneys for Defendants LMA Underwriting Agency, Inc., Frontline Processing Corporation and Christopher Kittler.

PLEASE TAKE NOTICE THAT pursuant to Local Rule 83.7, the undersigned, on behalf of McNaul Ebel Nawrot Helgren & Vance, PLLC, 600 University Street, Suite 2700, Seattle, WA 98101, will appear before the Honorable Janie S. Mayeron on Monday, December 29, 2003 at 1:30 p.m. and will move the Court for leave to withdraw as counsel in the above matter. The basis for the withdrawal is set forth in a Memorandum and Affidavit, which are being provided *ex parte* to the Court.



LAW OFFICES OF
MCNAUL EBEL NAWROT HELGREN
& VANCE, P.L.L.C.
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

SCANNED
AUG 25 2004
U.S. DISTRICT COURT ST. PAUL

DATED this 15th day of December, 2003.

McNAUL EBEL NAWROT HELGREN
& VANCE PLLC

By: Robert D. Stewart
Robert D. Stewart, WSBA No. 8998
600 University St., Ste. 2700
Seattle, WA 98101
(206) 467-1816
(206) 624-5128 (fax)

Attorneys for Plaintiffs