UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the state of Montana; and RONALD REAVIS, a resident of the state of Montana,

Defendants.

CIVIL NO. 01-656 (MJD/JSM)

**ACCOMPANYING MEMORANDUM FILED UNDER SEAL**

ORDER

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came before the undersigned United States Magistrate Judge on the plaintiff's attorneys', the law firms McNaul, Ebel, Nawrot, Helgren & Vance ("McNaul Ebel") and Rider, Bennett, Egan & Arundel ("Rider Bennett"), Renewed Motions to Withdraw as plaintiff's counsel [Docket Nos. 95, 118]. The renewed motions to withdraw and plaintiff Patrick Kittler's ("Patrick") response were submitted in camera.

Robert Stewart, Esq. and Jay H. Zulauf, Esq. appeared on behalf of McNaul Ebel; Peter Gray, Esq. appeared on behalf of Rider Bennett; and Patrick Kittler appeared by telephone on behalf of plaintiff.

The Court, upon all of the files, records, and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED that:**

1. Rider Bennett's Renewed Motion to Withdraw as Counsel for Plaintiffs [Docket No. 95] is DENIED.

2. McNaul Ebel's Renewed Motion to Withdraw as Counsel for Plaintiffs [Docket No. 118] is DENIED.

3. **The Memorandum accompanying this Order is placed under seal and will only be released to plaintiff and plaintiff's attorneys.**

Dated: August 25, 2004

s/ *Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge