UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., FRONTLINE PROCESSING CORPORATION, CHRISTOPHER KITTLER and RONALD REAVIS,

Defendants.

CIVIL NO. 01-656 (MJD/JSM)

SEALING ORDER

IT IS HEREBY ORDERED that the following documents are placed under seal and shall not be released to anyone, except as designated, without an Order from this Court:

1. Memorandum in Support of Rider Bennett, LLP's Renewed Motion to Withdraw as Counsel for Plaintiffs (dated December 15, 2003);

2. Affidavit of Peter Gray in Support of Rider Bennett, LLP's Renewed Motion to Withdraw as Counsel for Plaintiffs (dated December 12, 2003);

3. Second Affidavit of Peter Gray in Support of Rider Bennett, LLP's Renewed Motion to Withdraw as Counsel for Plaintiffs (dated February 13, 2003);

4. Memorandum in Support of Motion to Withdraw as Counsel for Plaintiffs (dated December 15, 2003);

5. Affidavit of Robert D. Stewart in Support of McNaul Ebel's Motion to Withdraw as Counsel for Plaintiffs (dated December 15, 2003);

6. Plaintiff's Memorandum of Law in Response to Attorneys' Renewed Motion to Withdraw (dated January 21, 2004); and

7. Plaintiff's List of Attachments.

Dated: August 26, 2003

s/ *Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge