UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual,

Plaintiffs,

vs.

LMA Underwriting Agency, Inc., a Minnesota corporation; Frontline Processing Corporation, a Nevada corporation; Christopher Kittler, a resident of the State of Montana; and Ronald Reavis, a resident of the State of Montana,

Defendants.

Civil Case No. 01-656 MJD/JSM

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss
COUNTY OF CARVER )

I, Eric Braaten , being duly sworn, on oath state that on the 30th day of August 2004, I served **Defendants' Objections to Magistrate Judge Mayeron's Report and Recommendation Issued August 19, 2004** upon on the following:

Peter Gray, Esq.
Rider Bennett Egan & Arundel
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402

by hand delivery, a true and correct copy thereof.

RECEIVED
04 AUG 30 PM 12:01
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

Eric Braaten

Subscribed and sworn to before me this 30th day of August 2004.

Deborah Schaefer
Notary Public

DEBORAH SCHAEFER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2008

NOTARIAL STAMP OR SEAL

SCANNED
SEP 08 2004
U.S. DISTRICT COURT MPLS