**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2004, I caused the following documents:

Plaintiffs' Response to Defendants' Objections to Magistrate Judge Mayerson's Report and Recommendations issued August 19, 2004

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Eric J Braaten | ebraaten@nbhlaw.com |
| Gena Anne Braaten | gbraaten@nbhlaw.com |
| Charles W Hollenhorst | hollenhorstlaw@nbhlaw.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Patrick S Kittler**
35766 Crest Meadow Dr
Wildomar, CA 92595

**Ronald Reavis**
Frontline Processing Corp
676 Ferguson Ave Ste 7
Bozeman, MT 59718

By s/Debra Benesh
Debra Benesh, Legal Administrative Assistant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8900
Facsimile: (612) 340-7900

Dated: September 13, 2004

RIDER BENNETT