**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

———————————————————————————————————————————

Flagship Living Trust, for the benefit of Patrick S. Kttler, an individual,

Plaintiffs,

vs.

LMA Underwriting Agency, Inc., a Minnesota corporation; Frontline Processing Corporation, a Nevada corporation; Christopher Kittler, a resident of the State of Montana; and Ronald Reavis, a resident of the State of Montana,

Defendants.

**ORDER**
Civil File No. 01-656(MJD/JSM)

———————————————————————————————————————————

Robert D. Stewart, McNaul Ebel Nawrot Helgren & Vance, PLLC; and John D. Thompson and Peter Gray, Rider Bennett, LLP, for Plaintiffs.

Eric J. Braaten and Gena A. Bratten, Nicklaus, Braaten & Hollenhorst, PLLC, for Frontline Processing Corporation and Christopher Kittler.

———————————————————————————————————————————

The above-entitled matter comes before the Court upon the objections by Defendants Frontline Processing Corporation and Christopher Kittler to the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 19, 2004. Frontline and Kittler filed timely objections, specifically objecting to the recommended denial of their Motion on: (1) the validity of a

1995 Agreement between Patrick Kittler and Christopher Kittler; (2) Patrick Kittler's direct claims; and (3) the usurpation (counts 1 & 2) and breach of duty of loyalty (count 7) claims. The Report and Recommendation recommended that the Motion for Summary Judgment be granted with respect to Count 15, for Promissory Estoppel. Plaintiffs have not objected to that part of the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record of all of the grounds asserted by Frontline and Christopher Kittler in support of their Motion. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated August 19, 2004.

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment, for Sanctions and Attorneys Fees [Docket No. 106] is DENIED in part, as to Counts One through Fourteen and Count 16; and

2. Defendants' Motion for Summary Judgment, For Sanctions and Attorneys' Fees [Docket No. 106] is GRANTED in part as to Count 15.

Dated: October 4, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court