UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, et al., CIVIL NO. 01-656 (MJD/JJG)

Plaintiffs,

v. ORDER

LMA UNDERWRITING AGENCY, INC., et al.,

Defendants.

The Magistrate Judge on this matter has been reassigned to Magistrate Judge Jeanne J. Graham. Therefore, the settlement conference scheduled before the undersigned for December 20, 2005 is canceled. All pretrial matters will be handled by Magistrate Judge Jeanne J. Graham.

Dated: October 25, 2005

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge