Nicklaus Braaten & Hollenhorst
*A professional limited liability company*

The Historic Chaska Mill
500 Pine Street North, Suite 200
Chaska, Minnesota 55318

Attorneys At Law

**Robert A. Nicklaus**
**Eric J. Braaten**
**Charles W. Hollenhorst**
**Gena A. Braaten**

Telephone: 952-448-4747
Facsimile: 952-448-4787
Email: ebraaten@nbhlaw.com

December 16, 2005

The Honorable Magistrate Jeanne J. Graham
United State District Court
Suite 750
180 East Fifth Street
St. Paul, MN 55101

**Re: Flagship Living Trust v. LMA Underwriting Agency, Inc., et al.**
**Case No. 01-656 MJD/SRN**

Dear Magistrate Graham:

Please accept this letter as confirmation of the parties' agreement and your acceptance of the agreement to allow Mr. Rob Stewart, Mr. Fritz Pierce, Mr. Sparky Kittler and Mr. Christopher Kittler to appear by telephone at the December 20, 2005 Settlement Conference. Pursuant to your request, this letter will be electronically filed.

If you have any questions, please do not hesitate to contact our office.

Very truly yours,

**Nicklaus, Braaten & Hollenhorst, PLLC**

Eric J. Braaten

EJB:dm