# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FLAGSHIP LIVING TRUST, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:JEANNE J. GRAHAM |
| Plaintiffs, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-0656(MJD/JJG) |
| | ) | Date: 12/20/05 |
| LMA UNDERWRITING AGENCY, INC., et | ) | Court Reporter: N/A |
| al., | ) | Time Commenced: 9:30 a.m. |
| | ) | Time Concluded: 2:30 p.m. |
| Defendants. | ) | Time in Court: 5 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Robert Stewart (by phone)

Defendant: Eric Braaten

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached. Settlement conference to be reconvened on 2/13/06, 9:30 a.m. Separate notice to issue.

s/M Lenner
Judicial Asst.