UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual,

Plaintiffs,

vs.

LMA UNDERWRITING AGENCY, INC., A Minnesota corporation, and RONALD REAVIS, and CHRISTOPHER LEON KITTLER, individuals; and FRONTLINE PROCESSING CORPORATION, a Nevada corporation,

Defendants.

Civil Case No. 01-656 MJD/JJG

---

**ORDER FOR ADMISSION OF ATTORNEYS PRO HAC VICE**

---

Before the Court is the motion of Eric J. Braaten and Nicklaus, Braaten & Hollenhorst, PLLC for the admission pro hac vice of Herbert I. Pierce, III and Jeffrey J. Oven as counsel for the defendants, LMA Underwriting Agency, Inc. Frontline Processing Corporation and Christopher Leon Kittler. Having considered all of the pleadings, files and records herein, and for good cause shown, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that Herbert I. Pierce, III and Jeffery J. Oven are admitted to practice before this Court in the above captioned matter, in association with Minnesota counsel Eric J. Braaten and Nicklaus, Braaten & Hollenhorst, PLLC as counsel for the defendants, LMA Underwriting Agency, Inc. Frontline Processing Corporation and

Christopher Leon Kittler. The Court Administrator shall enter the appearance pro hac vice of Mr. Pierce and Mr. Oven as follows:

Herbert I. Pierce, III, Esq.
Jeffery J. Oven, Esq.
Crowley, Haughey, Hanson, Toole & Dietrich, P.L.L.P
500 Transwestern Plaza II
490 N 31st Street
Billings, MT 59101
Tel. (406) 252-3441
Fax. (406) 256-0277

BY THE COURT

Dated: ___________________

_______________________________________
Magistrate Judge Jeanne J. Graham