UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual,

Plaintiffs,

vs.

LMA UNDERWRITING AGENCY, INC., A Minnesota corporation, and RONALD REAVIS, and CHRISTOPHER LEON KITTLER, individuals; and FRONTLINE PROCESSING CORPORATION, a Nevada corporation,

Defendants.

Civil Case No. 01-656 MJD/JJG

---

**MOTION FOR ADMISSION OF ATTORNEYS PRO HAC VICE**

---

TO: FLAGSHIP LIVING TRUST for the benefit of Patrick S. Kittler, an individual, plaintiff above-named, by and through their attorney Robert D. Stewart, McNaul Ebel Nawrot Helgren & Vance P.L.L.C., 600 University Street, Suite 2700, Seattle, WA 98101-3143

Pursuant to Minn R. Gen. Practice 5, Eric J. Braaten, an attorney admitted to practice in the State of Minnesota, hereby moves for the admission *pro hac vice* of Herbert I. Pierce, III, and Jeffery J. Oven as counsel for the defendants, LMA Underwriting Agency, Inc., Frontline Processing Corporation and Christopher Leon Kittler, in the above captioned matter, and in support of this motion states:

1. Herbert I. Pierce, III, is a partner with the firm of Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P, 500 Transwestern Plaza II. 490 N 31st Street, Billings, MT 59101. Telephone (406) 252-3441, Facsimile (406) 256-0277, where he has practiced continuously since 1981. Mr.

Pierce is an attorney in good standing and has been licensed to practice in the state of Montana since 1981. Mr. Pierce is also admitted to practice in the United States District Courts for the District of Montana, as well as the United States Court of Appeals for the 9th Circuit. Mr. Pierce has not been censured, disciplined or denied admission by any court.

2. Jeffery J. Oven is a partner with the firm of Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., 500 Transwestern Plaza II. 490 N 31st Street, Billings, MT 59101. Telephone (406) 252-3441, Facsimile (406) 256-0277, where he has practiced continuously since 2000. Mr. Oven is an attorney in good standing and has been licensed to practice in the state of Montana since 2000. Mr. Oven is also admitted to practice in the state of Wyoming, the United States District Court for the District of Montana, the United States District Court for the District of Wyoming, as well as the United States Court of Appeals for the Ninth Circuit. Mr. Oven has not been censured, disciplined or denied admission by any court.

3. Mr. Pierce and Mr. Oven are associated in this case with Nicklaus, Braaten & Hollenhorst, PLLC as co-counsel for the defendant LMA Underwriting Agency, Inc., Frontline Processing Corporation and Christopher Leon Kittler.

**WHEREFORE**, Eric J. Braaten moves this honorable court for an Order admitting attorneys Herbert I. Pierce, III and Jeffery J. Oven pro hac vice to represent the defendants, LMA Underwriting Agency, Inc., Frontline Processing Corporation and Christopher Leon Kittler, as co-counsel in the above-captioned matter.

Dated: January 13, 2006

NICKLAUS, BRAATEN & HOLLENHORST, PLLC

Eric J. Braaten #248502
Historic Chaska Mill
500 Pine Street North
Chaska, MN 55318
(952) 448-4747

and

**CROWLEY, HAUGHEY, HANSON, TOOLE, DIETRICH, P.L.L.P**
Herbert I. Pierce, III
Jeffery J. Oven
500 Transwestern Plaza II
490 N 31st Street
Billings, MT 59101
(406) 252-3441

Attorneys for Defendants LMA Underwriting Agency, Inc., Christopher Leon Kittler, and Frontline Processing Corporation