THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

vs.

Court File No. 01-656 (MJD/SRN)

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS, a resident of the State of Montana,

Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual.

RIDER BENNETT, LLP

By s/ Steven P. Aggergaard

Steven P. Aggergaard (336270)
Attorneys for Plaintiffs Flagship Living Trust, for the benefit of Patrick S. Kittler, an individual
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
612-340-7960

Dated: March 15, , 2006