THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FLAGSHIP LIVING TRUST, for the benefit of PATRICK S. KITTLER, an individual,

Plaintiffs,

vs.

LMA UNDERWRITING AGENCY, INC., a Minnesota corporation; FRONTLINE PROCESSING CORPORATION, a Nevada corporation; CHRISTOPHER KITTLER, a resident of the State of Montana, and RONALD REAVIS, a resident of the State of Montana,

Defendants.

Case No. 05-1686 (JRT/FLN)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I caused the following document:

Entry of Appearance of Counsel

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Eric J. Braaten
ebraaten@nbhlaw.com

Gena A. Braaten
gbraaten@nbhlaw.com

Peter D. Gray
pgray@riderlaw.com

Charles W. Hollenhorst
hollenhorstlaw@nbhlaw.com

Robert D. Stewart
rstewart@mcnaul.com

John D Thompson
jthompson@otslawyers.com

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Patrick S. Kittler
35766 Crest Meadow Drive
Wildomar, CA 92595

Ronald Reavis
Frontline Processing Corp.
676 Ferguson Avenue, Suite 7
Bozeman, MT 59718

Dated: March 15, 2006

s/ Steven P. Aggergaard
Steven P. Aggergaard (336270)