# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FLAGSHIP LIVING TRUST, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:JEANNE J. GRAHAM |
| Plaintiffs, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-0656(MJD/JJG) |
| | ) | Date: 3/29/06 |
| LMA UNDERWRITING AGENCY, INC., et | ) | Court Reporter: N/A |
| al., | ) | Time Commenced: 9:30 a.m. |
| | ) | Time Concluded: 4:30 p.m. |
| Defendants. | ) | Time in Court: 7 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Robert Stewart
Defendant: Herbert Pierce, Eric Braaten

PROCEEDINGS:

☒ Settlement conference continued to 6/5/06, 9:30 a.m.

☐ No settlement reached.

s/M. Lenner
Judicial Asst.