**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Flagship Living Trust**
**on behalf of**
**Patrick Kittler,**

Plaintiff,

v.

**LMA Underwriting Agency, Inc.,**
**Frontline Processing Corp.,**
**Christopher Kittler, and**
**Ronald Reavis,**

Defendants.

---

**Civil No. 01-656 (MJD-JJG)**

**ORDER**

The above matter came before the undersigned on March 29, 2006 for a settlement conference. Robert D. Stewart, Esq., personally appeared on behalf of plaintiff Flagship Living Trust. Also present for Flagship were its trustee, Anthony Viscosi, who appeared by telephone; and Patrick Kittler, who personally appeared. Eric J. Braaten, Esq., and Herbert I. Pierce III, Esq., personally appeared on behalf of defendants Christopher Kittler, Frontline Processing, and LMA Underwriting Agency. Also present for these defendants was Christopher Kittler, who personally appeared. Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The parties agree to continue negotiations to reach a settlement in this matter.

2. Another settlement conference will be held before this Court on June 5, 2006, 9:30 a.m. in Courtroom No. 4 of the Interim St. Paul Courthouse, 180 East Fifth Street.

a. Except as otherwise provided in this Order, the parties shall be bound by the instructions, from the notice of January 3, 2006, that this Court provided for the last settlement conference.

b. At least ten days prior to the next settlement conference, the parties are again required to meet and make good faith efforts to reach a settlement. If the case does not settle, then in confidential letters to this Court, the parties shall disclose their last stated settlement positions.

c. Patrick Kittler, Anthony Viscosi, and Christopher Kittler shall appear in person for the upcoming settlement conference.

3. To facilitate continued settlement discussions in good faith, the participants in this matter shall have disclosure obligations as follows.

4. On or before May 1, 2006, Christopher Kittler shall disclose the source financial records of Frontline Processing for the period from 1999 to 2006, including the monthly income statements that it receives from its front- and rear-end processors, directly to this Court for in camera inspection.

5. On or before April 7, 2006, Patrick Kittler shall execute a release of his medical records and request a complete copy of those records.

6. On or before May 1, 2006, Patrick Kittler shall do the following:

a. Submit one copy of his complete medical records to an annuity broker and another copy to this Court for in camera inspection.

b. Obtain annuity ratings from selected annuity vendors. If those vendors so require, Patrick Kittler shall participate in medical examinations as directed.

c. Submit a copy of the annuity ratings to this Court for in camera inspection.

Dated this 31st day of March, 2006.

s/Jeanne J. Graham

JEANNE J. GRAHAM
United States Magistrate Judge