**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Flagship Living Trust**
**on behalf of**
**Patrick Kittler,**

Plaintiff,

v.

**LMA Underwriting Agency, Inc.,**
**Frontline Processing Corp.,**
**Christopher Kittler, and**
**Ronald Reavis,**

Defendants.

---

**Civil No. 01-656 (MJD-JJG)**

**ORDER**

The above matter came before the undersigned on March 29, 2006 for a settlement conference. Robert D. Stewart, Esq., personally appeared on behalf of plaintiff Flagship Living Trust. Also present for Flagship were its trustee, Anthony Viscosi, who appeared by telephone; and Patrick Kittler, who personally appeared. Eric J. Braaten, Esq., and Herbert I. Pierce III, Esq., personally appeared on behalf of defendants Christopher Kittler, Frontline Processing, and LMA Underwriting Agency. Also present for these defendants was Christopher Kittler, who personally appeared.

On the day of the March 29 settlement conference, the parties agreed to another settlement conference before this Court on June 5, 2006. By a letter on April 14, 2006, counsel for Christopher Kittler requested the June 5 settlement conference be rescheduled because his client had a scheduling conflict. Other potential settlement conference dates were supplied by the Court. When counsel failed to secure an agreement as to whether any of these dates were appropriate, chambers staff contacted counsel

by telephone again on May 1. Pursuant to the direction of this Court, counsel was informed that there must be a response by May 3 or the June 5 settlement conference would proceed as originally scheduled. No one has responded, so the settlement conference will remain on June 5, 2006.

Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The settlement conference shall proceed, as originally scheduled, on June 5, 2006.

2. All trial counsel, and all persons with settlement authority for the parties, including all individually named parties, shall appear in person for this settlement conference.

3. This Court's order of March 31, 2006 shall remain in full force and effect.

Dated this 4th day of May, 2006.

s/Jeanne J. Graham

JEANNE J. GRAHAM
United States Magistrate Judge