**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Flagship Living Trust**
**on behalf of**
**Patrick Kittler,**

Plaintiff,

v.

**LMA Underwriting Agency, Inc.,**
**Frontline Processing Corp.,**
**Christopher Kittler, and**
**Ronald Reavis,**

Defendants.

**Civil No. 01-656 (MJD-JJG)**

**ORDER**

The above matter came before the undersigned on March 29, 2006 for a settlement conference. Robert D. Stewart, Esq., personally appeared on behalf of plaintiff Flagship Living Trust. Also present for Flagship were its trustee, Anthony Viscosi, who appeared by telephone; and Patrick Kittler, who personally appeared. Eric J. Braaten, Esq., and Herbert I. Pierce III, Esq., personally appeared on behalf of defendants Christopher Kittler, Frontline Processing, and LMA Underwriting Agency. Also present for these defendants was Christopher Kittler, who personally appeared.

By an order on March 31, 2006, this Court scheduled another settlement conference for June 5, 2006. The order further provided that Patrick Kittler, Anthony Viscosi, and Christopher Kittler appear in person for the June 5 conference. Following efforts by Christopher Kittler to reschedule the June 5 conference, this Court issued an order on May 4, 2006, confirming that the conference will take place as

scheduled. The order added that all trial counsel and all persons with settlement authority, including all individually named parties, were required to attend.

By a letter on May 26, 2006, Patrick Kittler informed this Court through counsel that he is unable to attend the June 5 conference due to illness. Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. A settlement conference in this matter will proceed as scheduled on June 5, 2006, at 9:30 a.m. in Courtroom No. 4 of the Interim St. Paul Courthouse, 180 East Fifth Street.

    a. All trial counsel and all persons with settlement authority are required to attend. Patrick Kittler, Anthony Viscosi, and Christopher Kittler shall appear in person.

    b. No person shall be excused from attending the settlement conference unless that person promptly submits an affidavit, from a licensed physician, stating that the person is too ill to attend the settlement conference. The affidavit shall be faxed directly to this Court at (651) 848-1897 before June 1, 2006, at 4:30 p.m.

2. The parties were previously instructed that they shall meet and make good faith efforts to reach a settlement before the upcoming settlement conference. Based on these efforts, the parties shall promptly send confidential letters to this Court disclosing their last stated settlement positions.

5. To the extent that any prior submissions to this Court are incomplete, the parties shall promptly submit any missing or newly acquired information.

6. **Any person who fails to comply with the instructions in this order will be subject to whatever sanctions this Court deems appropriate.**

Dated this 30th day of May, 2006.

s/ Jeanne J. Graham
JEANNE J. GRAHAM
United States Magistrate Judge