# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Flagship Living Trust<br>on behalf of<br>Patrick Kittler,<br><br>Plaintiff,<br><br>v.<br><br>LMA Underwriting Agency, Inc.,<br>Frontline Processing Corporation,<br>Christopher Kittler,<br>Ronald Reavis,<br><br>Defendant. | ) | COURT MINUTES - CIVIL<br>BEFORE: Jeanne J. Graham<br>U.S. Magistrate Judge<br><br>Case No: 01-656 (MJD/JJG)<br>Date: June 5, 2006<br>Court Reporter: Courtroom No. 5 Nos. 32, 33<br>Time Commenced: 5:45 p.m.<br>Time Concluded: 6:00 p.m.<br>Time in Court: 15 Minutes |

Hearing on: **Settlement**

APPEARANCES:

Plaintiff: Peter D. Gray, Esq.
Defendants LMA, Frontline, and Kittler: Eric J. Braaten, Esq.

Defendant Ronald Reavis did not appear personally or through counsel.

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☒ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  Trial:

PTC:

Discovery:

- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/Scott Moriarity
Law Clerk for Magistrate Judge Jeanne J. Graham