**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**316 NORTH ROBERT STREET, SUITE 242**

**ST. PAUL, MINNESOTA 55101**

**JEANNE J. GRAHAM**
**U. S. MAGISTRATE JUDGE**

**Tel: 651-848-1890**
**Fax: 651-848-1897**

June 30, 2006

Eric J. Braaten, Esq.
Nicklaus Braaten & Hollenhorst, PLLC
500 Pine Street North, Suite 200
Chaska, MN 55318

Re: Flagship Living Trust v. LMA Underwriting Agency, Inc.
Civil No. 01-656 (MJD/JJG)

Dear Mr. Braaten:

I am writing to inform you about a residuary issue in this matter. At the settlement conference, the plaintiffs turned over a stock certificate to the Court. Pursuant to the terms of the settlement agreement, the Court was to retain the certificate until the payment terms of the agreement were satisfied. Now that payment has been made, the Court intends to promptly return the certificate to you.

Please make arrangements to pick up the certificate on or before Friday, July 7, at noon. Be advised that the Court is currently conducting hearings in Minneapolis, so it will be necessary to pick up the certificate at the federal courthouse there. It is located at 300 South Fourth Street and the Court is in the chambers of Courtroom 8E. You will not need to make an appointment, but I advise calling shortly before your visit. Please contact Mary Lenner, Judicial Assistant to Judge Graham, at (612) 664-5140.

When you arrive, the Court will turn over the certificate. You will be asked to sign a receipt, which the Court will keep in its chambers file. If you have other questions or concerns, you are welcome to call me at (612) 664-5141.

Sincerely,

s/Scott Moriarity

Scott Moriarity
Law Clerk for Magistrate Judge Jeanne J. Graham